EXHIBIT C



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ELAINE L. CHAO, Secretary of Labor, :
United States Department of Labor :
:
vs. : CIVIL ACTION
: FILE NO. 06-78 S
INTERNATIONAL UNION OF OPERATING :
ENGINEERS, LOCAL 57 :

*DEPOSITION OF EDWIN L. SULLIVAN, JR.*, produced, sworn and examined on SEPTEMBER 27, 2006, at 10:00 a.m., at the offices of U.S. Department of Labor, 380 Westminster Street, Providence, Rhode Island before:

*CLAUDIA RATHBUN, RPR-RMR*
*CAPITOL COURT REPORTING, INC.*
A Notary Public in and for the State of Rhode Island
Taken on behalf of the Plaintiff

**— CAPITOL COURT REPORTING, INC. —**
**931 Jefferson Boulevard**
**Warwick, RI 02886**
**401/739-3600**

APPEARANCES

***For the Plaintiff***:

U.S. DEPARTMENT OF LABOR
OFFICE OF THE SOLICITOR
GAIL E. GLICK, TRIAL ATTORNEY
SUZANNE BRENNAN, TRIAL ATTORNEY
JFK Federal Building
Room E-375
Boston, MA 02203

***For the Defendant***:

GURSKY LAW ASSOCIATES
MARC B. GURSKY, ESQUIRE
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852

*ALSO PRESENT: ROBERTA LONG*
*RICHARD HOULIHAN*

(DEPOSITION COMMENCED AT 10:02 A.M.)

*EDWIN L. SULLIVAN, JR.*

Being duly sworn, deposes and testifies as follows:

THE REPORTER: Would you state you full name for the record.

THE WITNESS: Edwin L. Sullivan, Jr.

**EXAMINATION BY MS. GLICK**

Q. Mr. Sullivan, I'm Gail Glick.

A. How are you doing?

Q. How are you? I'm an attorney with the U.S. Department of Labor in Boston and I'm representing the Secretary of Labor in the matter of *Chao versus the International Union of Operating Engineers, Local 57.* Have you ever been deposed before?

A. I don't think so.

Q. Do you know, having watched one deposition, what it entails?

A. Yes. Yes.

Q. I'll be asking you a series of questions. You will answer them in an audible voice so the stenographer can make a record. If you don't understand a question, let me know, I'll rephrase it. And I remind you that you are under oath. We're going to

stipulate that all objections except as to form are going to be reserved to the time of trial. I ask that the transcript be read and signed. I also request this deposition just simply be adjourned and remain open until such time as I have had an opportunity to review the document production and interrogatories that have been overdue to the Department of Labor by six weeks and were not produced in a timely manner.

MR. GURSKY: Well, first of all, we're not stipulating to anything. We'll apply the rules of the District Court for the District of Rhode Island. Second, the discovery was provided to your office. I'm sorry that you didn't bother to read it, but you may recall that the deposition of Roberta Long, at that deposition you failed to provide discovery and your client -- sorry, your claimant showed up with discovery and we accommodated your claimant at that time. So we will not be adjourning the deposition. Mr. Sullivan is no longer an employee of the operating engineers, he has other things to do and he's here voluntarily. So either we're going to reschedule these depositions or we're going to conclude them. We won't agree to adjourning

any depositions.

MS. GLICK: Okay, we're going to reschedule them.

MR. GURSKY: That's fine.

(DEPOSITION ADJOURNED AT 10:05 A.M.)

C E R T I F I C A T E

I, Claudia Rathbun, hereby certify that I am expressly approved as a person qualified and authorized to take depositions pursuant to the Rules of Civil Procedures of the Superior Court, especially but without restriction thereto, under Rule 30 (e) of said Rules; that the deponent was first sworn by me; that this deposition was stenographically reported by me and later reduced to print through Computer-Aided transcription; that the foregoing is a full and true record of the proceedings; and that a review of the transcript by the deponent was not requested.

IN WITNESS WHEREOF, I have hereunto set my hand this___________ day of OCTOBER, 2006.

_______________________________________________

CLAUDIA RATHBUN, RPR-RMR, NOTARY PUBLIC

My Commission Expires 9/24/07