EXHIBIT D

**U.S. Department of Labor**

Office of the Solicitor
John F. Kennedy Federal Building - Rm. E-375
Boston, Massachusetts 02203

Reply to the Attention of:

SOL:GEG
SOL# 03-37095

**SENT BY FACSIMILE TRANSMISSION AND OVERNIGHT MAIL**

Marc Gursky, Esq.
Gursky Law Associates
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852

September 28, 2006

Subject: **Chao v. IUOE Local 57**

Dear Attorney Gursky:

I am writing to let you know that your written responses (cover letter dated Friday, September 22, 2006) to Plaintiff's First Request for Production of Documents and First Set of Interrogatories arrived in our Boston office on Wednesday, September 27, 2006 – forty-two days overdue (even allowing for the extension of time granted to you as a courtesy). You will recall that your failure to send these responses in a timely manner, combined with your adamant refusal to hold open depositions until such time as I had an opportunity to review your written discovery responses, precluded our going forward with the depositions scheduled for September 27 and 28, 2006 in Providence.

But, having reviewed your responses, I am now, pursuant to Rule 37 of the Federal Rules of Civil Procedure, requesting that you confer with me concerning your failure to answer certain Interrogatories (see below) as well as your failure to provide any documents responsive to Plaintiff's Requests for Production of Documents (except possibly for No. 4):

Interrogatory No. 7:

Provide the factual and/or legal bases for each and every affirmative defense Defendant asserts in its Anwer to the Complaint filed on April 21, 2006.

Response:

Objection, work product and attorney/client privilege.

Interrogatory No. 8:

Identify each and every person who furnished information used in preparing the responses to these interrogatories. For each person designate the interrogatory answers for which s/he furnished information.

Response:

Objection, attorney/client privilege and work product.

I also call your attention to other anomolies, i.e., your general objection – wherein you include a statement that completely defies the entire point of discovery:

> "Local 57 objects to Plaintiff's "Definitions" and "Instructions" insofar as they request information ...calculated to lead to the discovery of admissible evidence ...."

If I do not hear from you on or before noon of Tuesday, October 3, 2006, I will file a Motion to Compel Discovery with the Court.

Sincerely,

Gail E. Glick
Attorney