EXHIBIT E

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, | * | |
| Plaintiff, | * | CIVIL ACTION |
| v. | * | FILE NO. 06-78 S |
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 57, | * | |
| Defendant. | * | |

## CERTIFICATION

Pursuant to Rule 37(a)(2)(B) of the Federal Rules of Civil Procedure, Plaintiff hereby certifies that, as movant in her Motion to Compel discovery, she conferred in good faith with Defendant's counsel in order to secure information discoverable in this matter without intervention of the Court, but was unsuccessful in obtaining adequate responses.

*/s/ Gail E. Glick*
Gail E. Glick
Attorney for Plaintiff

U.S. Department of Labor

Post Office Address:
U.S. Department of Labor
Office of the Solicitor
JFK Federal Building
Room E-375
Boston, MA 02203
TEL: (617) 565-2500
FAX: (617) 565-2142

DATE: October 13, 2006