EXHIBIT G

**U.S. Department of Labor**

Office of the Solicitor
John F. Kennedy Federal Building - Rm. E-375
Boston, Massachusetts 02203

Reply to the Attention of: SOL:GEG
SOL# 03-37095

**SENT BY FACSIMILE TRANSMISSION [ 401-294-4702]
AND OVERNIGHT MAIL**

Marc Gursky, Esq.
Gursky Law Associates
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852
October 6, 2006

Subject: **Chao v. IUOE Local 57**

Attorney Gursky:

I am in receipt of the Supplemental Responses I had requested due to the deficiency of Defendant's Response to Plaintiff's First Set of Interrogatories and First Request for Production of Documents received in this office on September 27, 2006, forty-two days overdue.

Upon review of the Supplemental Responses, I find that Defendant's Answers to Plaintiff's Interrogatories are still deficient. Interrogatory Nos. 6 and 7 ask for the *factual* bases for Defendant's denials and affirmative defenses iterated in its Answer to the Complaint. However, in many instances (Response No. 6 relating to Paragraph Nos. 2, 3, 7, 10, 15 and 16 of the Complaint; and Response No. 7 relating to Defendant's Fourth Affirmative Defense), there is no presentation of any facts, merely legal conclusions.

It is important that I be supplied with the requested factual information before the depositions occur. Having been forced by the lateness and paucity of facts in your previous Responses to suspend the depositions, I do not want either of us to waste time or money by my being forced a second time to suspend the depositions. The factual information I am seeking is, by any reasonable measure, information that I am entitled to discover. Although I do not wish to engage in a protracted dispute, I will have no hesitation in seeking the Court's intervention if you persist in refusing to provide me with the factual information sought in these Interrogatories. When I have received your supplemental factual responses, I can proceed with the depositions; not before. You have proposed October 13 and 18, 2006 as dates for the depositions. I have no problem conducting the depositions on those dates provided that I am in receipt of sufficiently adequate factual responses no later than October 11, 2006.

Sincerely,

Gail E. Glick

Gail E. Glick
Attorney