CERTIFICATE OF SERVICE

I hereby do certify that I served the foregoing PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINE on the 13th day of October, 2006, by placing one (1) copy of same in a postage-paid envelope addressed to:

Marc Gursky, Esquire
Gursky Law Associates
420 Scrabbletown Road
Suite C
North Kingston, RI 02852

the last known address and depositing same in the United States Mail at Boston, Massachusetts.

*/s/ Gail E. Glick*