**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, Plaintiff, | : | |
| v. | : | C.A. No. 06-78S |
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 57 Defendant. | : | |

**DEFENDANT'S REQUEST FOR A ONE-DAY EXTENSION TO FILE OBJECTION TO MOTION TO COMPEL**

Defendant hereby requests a one-day extension to file objections to Plaintiff's Motion to Compel Interrogatories. Objections to the Motion were due on October 30, 2006. As reasons therefore, Defendant states that one of its attorneys, Elizabeth Wiens, Esq., was not served with the Motion to Compel because she was not listed as an attorney of record in the case. Defendant's attorney discovered the Motion by chance today while she was viewing the case docket on PACER.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorneys,

/s/ Elizabeth Wiens

Elizabeth Wiens, Esq. (#6827)
Marc Gursky, Esq. (#2818)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd. Ste. C
North Kingstown, R.I. 02852
Tel.(401) 294-4700
Fax (401) 294-4702

CERTIFICATION

I hereby certify that I electronically filed the within Objection on October 31, 2006. The Objection is available for viewing and downloading from the Court's Electronic Case Filing system.

/s/ Elizabeth Wiens