**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, Plaintiff, | : | |
| v. | : | C.A. No. 06-78S |
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 57 Defendant. | : | |

**DEFENDANT'S MOTION TO EXTEND DEADLINE FOR FILING DISPOSITIVE MOTIONS**

Now comes Defendant, through counsel, and hereby moves this Court for an order enlarging the deadline by which to file dispositive motions to **February 6, 2007**. Defendant requires additional time beyond the current January 9, 2007 deadline because Defendant has not received transcripts to depositions that occurred on December 18 and 19, 2006. These transcripts may provide information relevant to Defendant's Motion for Summary Judgment. Defendant requires additional time in order to receive and review said transcripts.

Respectfully submitted,
On behalf of Defendant,
By its attorney,

/s/ Elizabeth Wiens

Elizabeth Wiens, Esq. (#6827)
Marc Gursky, Esq. (#2818)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd. Ste. C
North Kingstown, R.I. 02852
Tel.(401) 294-4700
Fax (401) 294-4702

CERTIFICATION

I hereby certify that I electronically filed the within Motion on January 2, 2007. The Motion is available for viewing and downloading from the Court's Electronic Case Filing system.

/s/ Elizabeth Wiens