UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, | | |
| Plaintiff, | | |
| v. | | CIVIL ACTION FILE NO. 1:06-CV-00078-S-LDA |
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 57 | | |
| Defendant. | | |

## CONSENT JUDGMENT AND ORDER

Defendant International Union of Operating Engineers, Local 57, ("IUOE") and Plaintiff Elaine L. Chao, Secretary of Labor, United States Department of Labor, have agreed to resolve all matters in controversy in this action and said parties do now consent to the entry of a Judgment and Order by this Court in accordance therewith.

A Complaint was filed on February 17, 2006. Defendant IUOE waived the requirements of Rule 4, Federal Rules of Civil Procedure, as to service of summons, and acknowledged receipt of Plaintiff's Complaint on March 24, 2006. Defendants filed an Answer on April 24, 2006. By consenting to this Order, Defendant have admitted to the jurisdiction of this Court over them and over the subject matter of this action.

Now therefore, by consent of the parties hereto,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. On or before April 15, 2007 Defendant IUOE shall pay the amount of $31,000.00, representing back wages and lost benefits to Roberta Long ("Long"), former employee of IUOE, Local 57, pursuant to the Severance Agreement and General Release between Long and IUOE.

3. Within thirty (30) days of completing payment, Defendant shall submit a written report to Plaintiff setting forth evidence of compliance with paragraph 1 of this Consent Judgment and Order to the following address:

James M Benages, Regional Director
Employee Benefit Security Administration
U.S. Department of Labor, J.F. Kennedy Federal Building, Room 575
Boston, MA 02203

3. Each party shall bear its own fees and expenses with respect to this action.

4. Nothing in this Judgment is binding on any governmental agency other than the United States Department of Labor.

IT IS SO ORDERED THIS ________day of ____________________, 2007.

______________________________
United States District Judge

Consented to by:

For the Plaintiff, Elaine L. Chao, Secretary of Labor:

Jonathan L. Snare
Acting Solicitor of Labor

Frank V. McDermott, Jr.
Regional Solicitor

______________________ 3-20-07
Gail E. Glick Dated
Trial Attorney

U.S. Department of Labor
Office of the Solicitor
John F. Kennedy Federal Building
Room E-375
Boston, MA 02203
TEL: 617-565-2500

For the Defendant IUOE:

______________________ 3/12/07
Marc B. Gursky Dated
Gursky Law Associates
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852
TEL: 401-294-4700